158 A.3d 1224

COMMONWEALTH of Pennsylvania, Respondent

v.

Stephen Paul COULSON, Petitioner

No. 146 WAL 2016

Supreme Court of Pennsylvania.

September 29, 2016

## ORDER

PER CURIAM

AND NOW, this 29th day of September, 2016, the Petition for Allowance of Appeal is **DENIED**.